UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __24-2054__

Case Title: __Karen Albright, et al__ vs. __Ascension Michigan, et al__

List all clients you represent in this appeal:

Karen Albright, et al (Plaintiffs-Appellees)

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee   ☐ Respondent  ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Noah S. Hurwitz__     Signature: s/ *Noah S. Hurwitz*

Firm Name: __Hurwitz Law PLLC__

Business Address: __340 Beakes St., Suite 125__

City/State/Zip: __Ann Arbor, MI 48104__

Telephone Number (Area Code): __734-645-5263__

Email Address: __noah@hurwitzlaw.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---